UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **KRISTOFER M. SEAUZENEAU,** | § | **CASE NO.  2:10-cv-904** |
| **Plaintiff,** | § | |
| | § | |
| **VERSUS** | § | |
| | § | **DISTRICT JUDGE MARY ANN** |
| **CHARLES JOHNSON, SWIFT** | § | **VIAL LEMMON** |
| **TRANSPORTATION COMPANY,** | § | |
| **INC., and MOHAVE** | § | |
| **TRANSPORTATION INSURANCE** | § | **MAG. JUDGE DANIEL E.** |
| **COMPANY,** | | **KNOWELS, III** |
| **Defendants.** | | |

## NOTICE OF HEARING

Defendants, Charles Johnson, Swift Transportation Company, Inc., and Mohave Transportation Insurance Company, provide this Notice of Hearing according to Local Rule 7.2 setting Defendants' Motion for Violation of Rule 11 of the Federal Rules of Civil Procedure for hearing on the **25th day of August, 2010 at 10:00 a.m.** before the Honorable Mary Ann Vial Lemmon in the United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

Respectfully submitted:

/s/ Joel E. Cape

287690

        Campbell E. Wallace, T.A., #13195
        Joel E. Cape #26001
        **FRILOT, L.L.C.**
        1100 Poydras Street
        3700 Energy Centre
        New Orleans, LA  70163-3700
        Telephone:   504-599-8012
        Facsimile:   504-599-8112
        cwallace@frilot.com; jcape@frilot.com

        **ATTORNEYS FOR DEFENDANTS,
        MOHAVE TRANSPORTATION INSURANCE
        COMPANY, SWIFT TRANSPORTATION
        COMPANY, INC. AND CHARLES T.
        JOHNSON**

## <u>CERTIFICATE OF SERVICE</u>

    I hereby certify that I have on this 27th day of July, 2010, electronically filed a copy of this Notice of Hearing with the Clerk of Court through the Court's ECF system, and that a copy was served on counsel for all parties to this proceeding via email through the Court's ECF system:

Frank D. Ippolito
P.O. Box 428
Chalmette, Louisiana 70044-0428
(504) 467-7226
*Counsel for Plaintiff*

          /s/  Joel E. Cape

287690